**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6816**

---

ALFREDO SIMPSON,

Petitioner - Appellant,

versus

LONNIE MOORE, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-97-231)

---

Submitted: August 28, 1997       Decided: September 17, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Alfredo Simpson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, although we grant Appellant's motion to proceed in forma pauperis on appeal, we deny a certificate of appealabilty and dismiss on the reasoning of the district court. <u>Simpson v. Moore</u>, No. CA-97-231 (E.D. Va. Mar. 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2